**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE TO FILE THIRD SUPPLEMENTAL CLERK'S RECORD

Appellate case name:       Patrick Olajide Akinwamide v. Transportation Insurance
                           Company, CNA Insurance Company, and Automatic Data
                           Processing Inc.

Appellate case number:     01-15-00066-CV

Trial court case number:   1997-48526

Trial court:               80th District Court of Harris County

Pursuant to Texas Rule of Appellate Procedure 34.5(c), the district clerk is directed to file a third supplemental clerk's record containing a certified copy of the findings of fact and conclusions of law, filed on November 12, 2015.

The third supplemental clerk's record shall be filed with the Clerk of the First Court of Appeals in the above-referenced appellate cause number 01-15-00066-CV within **10 days** of the date of this notice. *See* TEX. R. APP. P. 34.5(c)(1), (3).

The cost of preparing this record will be assessed as part of the costs of this appeal upon issuance of this Court's judgment.

Clerk's signature:  _____
                    Christopher A. Prine, Clerk of the Court

Date:  December 10, 2015